THE PEOPLE OF THE STATE OF NEW YORK ex rel. NORTH-ERN FINANCE CORPORATION, Appellant, *v.* THOMAS M. LYNCH et al., as Tax Commissioners of the State of New York, Respondents. (Proceedings Nos. 1 and 2.)

(Argued April 17, 1933; decided May 23, 1933.)

*Roland L. Redmond* for appellant.

*John J. Bennett, Jr., Attorney-General* (*Wendell P. Brown* of counsel), for respondents.

No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.